No. 4,385.—ARTHUR WILLIAMS, RESPONDENT, *v.* GREAT NORTHERN RAILWAY CO., APPELLANT.

Decided March 24, 1919.

PER CURIAM.—Pursuant to stipulation of the parties, the appeal herein is this day dismissed.

*Messrs. Veazey & Veazey* and *Mr. W. L. Clift,* for Appellant.

*Mr. George D. Toole,* for Respondent.